799 A.2d 497

### IN THE MATTER OF EDWARD D. FAGAN, AN ATTORNEY AT LAW.

June 24, 2002.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB–01–268, concluding that **EDWARD D. FAGAN** of **LIVINGSTON,** who was admitted to the bar of this State in 1980, should be reprimanded for violating RPC 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **EDWARD D. FAGAN** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.